UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DIA SHAMMAMI,**

                **Plaintiff,**

Case #2:90-cv-12952

HON. PATRICK J. DUGGAN

-vs-

**INDYMAC FEDERAL BANK, F.S.B.,
AND ONEWEST BANK GROUP, LLC,**

                **Defendants.**

_____

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on stipulation of the parties for dismissal of this lawsuit with prejudice, and the Court being advised in the premises,

NOW THEREFORE,

IT IS ORDERED that this case is dismissed with prejudice and without costs.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: December 11, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on ,December 11, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager


Approved as to form:

| | |
|---|---|
| */s/ Edward Ewald, Jr.* | */s/ Timothy B. Myers* |
| Edward Ewald, Jr. (P43751) | Timothy B. Myers (P48152) |
| Attorney for Plaintiff | Attorney for Defendant |
| 614 S. Main | 1650 W. Big Beaver Road |
| Plymouth, MI  48170 | Troy, MI  48084 |
| 734 667 5310 | 248 502 1350 |